UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATIF DUNCAN,<br><br>      Plaintiff,<br><br> - against -<br><br>COMMISSIONER KERRIE E. NEIFELD, in her official capacity, and NEW YORK STATE OFFICE FOR PEOPLE WITH DEVELOPMENTAL DISABILITIES,<br><br>      Defendants. | **ORDER**<br><br>24-CV-02975 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  Plaintiff's application for a temporary restraining order (Doc. 6) is DENIED without prejudice to renewal in compliance with Rule 4(F) of this Court's Individual Practices in Civil Cases.

  The Clerk of Court is respectfully directed to terminate the motion at Doc. 6.

**SO ORDERED.**

Dated: White Plains, New York
    April 19, 2024

                   _____
                   PHILIP M. HALPERN
                   United States District Judge